E-FILED
Monday, 24 April, 2017  04:36:05 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

ANDREW DENNO,

               Plaintiff,

   v.

CITY OF FARMER CITY, ILLINOIS,

        Defendant.

Case No.  17-cv-2035

## OFFER OF JUDGMENT & NOTICE OF ACCEPTANCE

      Pursuant to Fed. R. Civ. P. 68, Defendant, City of Farmer City offers Plaintiff, Andrew Denno to allow judgment to be taken against it in the amount of $20,000.00 (Twenty Thousand Dollars), inclusive of costs and attorney's fees accrued to date. Pursuant to Fed. R. Civ. P. 68, Plaintiff has 14 days to accept this offer from the date of service.  This offer is conditioned upon Plaintiff accepting the Offer of Judgment. This Offer of Judgment is made for purposes of obtaining a full and final settlement of all claims and counts contained in the Complaint filed in this matter, and its acceptance is not an admission that Defendant is liable, an admission that of the allegations of the Complaint are true, or an admission that Plaintiff has suffered any damages.

      Dated:  April 18, 2017.

      Respectfully Submitted,

NOTICE OF ACCEPTANCE:

BY:  /s/ Dominick L. Lanzito

**_Attorneys for the City of Farmer City_**
Dominick L. Lanzito
Peterson, Johnson & Murray – Chicago, LLC
200 W. Adams St., Suite 2125
Chicago, IL 60606
Telephone:     312/782-7150
dlanzito@pjmlaw.com

BY:_   s/ Justin N. Brunner,_   April 24, 2017

**_Attorneys for Andrew Denno_**
THOMAS MAMER & HAUGHEY LLP
David E. Krchak (3127316)
Philip J. Pence (6324479)
Justin N. Brunner (6323496)
30 E. Main St., Suite 500
P.O. Box 560
Champaign, IL 61824-0560