Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Andrew Denno, | ) ) ) |
| Plaintiff | |
| vs. | )   Case Number: 17-2035 |
| | ) ) ) |
| City of Farmer City Illinois, | |
| Defendant | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against Defendant in the amount of $20,000.00 which shall be inclusive of all costs and attorneys' fees.

**Dated: April 25, 2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court